FILE COPY

No. 07-14-00447-CV

| | | |
|---|---|---|
| Jose Luis Lara Sosa<br>  Appellant | § | From the 64th District Court<br>  of Castro County |
| | § | |
| v. | | April 1, 2015 |
| | § | |
| Amy Christina Lara<br>  Appellee | § | Opinion by Justice Pirtle |

## J U D G M E N T

Pursuant to the opinion of the Court dated April 1, 2015, it is ordered, adjudged and decreed that this appeal is dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered, adjudged and decreed that inasmuch as the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is further ordered that this decision be certified below for observance.

o O o